IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:12-bk-02735-CCJ
    Robert L Ragin  Chapter 13
    Diane G Ragin

    **Debtors**
_____/

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

COME NOW, the Debtors, Robert L Ragin and Diane G Ragin, by and through undersigned counsel, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court and in support thereof state the following:

1. This case was instituted by the filing of a Voluntary Petition under Chapter 13 of the U.S. Bankruptcy Code on March 1, 2012.

2. On April 1, 2015, an Order Granting Trustee's Motion to Dismiss for Failure to Maintain Plan Payments (Doc. No. 44) was filed.

3. The Chapter 13 Trustee filed Report of Unclaimed Funds (Doc. No. 45) stating that the checks that were distributed to mortgage lienholder, HFC, were returned undelivered by the U.S. Postal Service and marked "Forwarding Time Expired/Unable to Forward".

4. The funds totaling $18,606.54 were made payable to HFC, PO Box 17574, Baltimore, MD 21297, for Check Number 1406643 in the amounts of $16,831.50 and $1,775.04.

5. These funds have now been turned over to the Bankruptcy Court.

6. Upon further research, the Debtors' attorney found that the mortgage lender filed a Release of Mortgage in the official records of Lake County, Florida (see Exhibit "A" attached hereto).

7.      Debtors are requesting that the funds be returned to the Debtors as the mortgage lien has been cancelled and discharged by the secured creditor.

WHEREFORE, the Debtors pray this Honorable Court will grant this Motion and release unclaimed funds to the Debtors.

Respectfully submitted this 27th day of May, 2015.

/s/ JOEL L GROSS
Joel L. Gross, Esq.
FBN: 0419796

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion of Payment of Unclaimed Funds has been filed electronically and when appropriated furnished by Regular U.S. Mail to: **U.S. Trustee**, George C. Young Federal Courthouse, 400 W. Washington St., Ste 5100, Orlando, FL 32801; **Chapter 13 Trustee**, Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790; **U.S. Bankruptcy Court**, c/o Financial Administrator, 801 North Florida Ave., Suite 727, Tampa, FL 33602-3899 ; **U.S. Attorney,** Attn: Civil Procedures Clerk, 400 N. Tampa, St, Ste. 3200, Tampa, FL 33602; **Creditor**, HFC, Attn: Officer, Manager or Registered Agent, PO Box 17574, Baltimore, MD 21297; Beneficial Florida Inc. c/o HSBC Consumer Lending, 636 Grand Regency Blvd, Brandon, FL 33510; and **Debtors**, Robert Ragin and Diane Ragin, PO Box 888, Umatilla, FL 32784; this 27th day of May, 2015.

/s/ Joel L. Gross
Joel L. Gross, Esq.
FBN: 0419796
The Law Office of Joel L. Gross, P.A.
655 West Highway 50, Suite 101
Clermont, Florida 34711
(352) 536-6288 Phone
(352) 536-2452 Fax
jlgpa@cfl.rr.com