ORDERED.

Dated: Nov. 23, 2015

_____
Cynthia C. Jackson
United States Bankruptcy Judge

## IN THE UNITED STATE BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
## www.flmb.uscourts.gov

In re:                                       Case No. 6:12-bk-02735-CCJ
Robert Ragin                                 Chapter 13
Diane Ragin

Debtors
_____/

### ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

THIS CASE came on for hearing on November 10, 2015, upon the motion filed by the Debtors, Robert Ragin and Diane Ragin, parties in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds (Doc. No. 46). Upon consideration the Court finds that the parties have furnished all necessary documentation and otherwise has complied with the requirements for release of unclaimed funds. Accordingly, it is

**ORDERED** that the Debtors' Motion for Payment of Unclaimed Funds is granted. **IT IS FURTHER ORDERED** that the Clerk of Court shall pay the unclaimed funds totaling in the amount of $18,606.54 to the Debtors at the following address: Robert L Ragin and Diane G Ragin, c/o Joel L. Gross Trust Fund, The Law Office of Joel L. Gross, P.A., 655 W. Highway 50, Suite 101, Clermont, FL 34711.

Attorney Joel Gross is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.